

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00390-CV

| | | |
|---|---|---|
| Compass Bank | § | From the 43rd District Court |
| | § | of Parker County (CV13-0933) |
| v. | § | January 5, 2017 |
| | § | Opinion by Justice Sudderth |
| Jerry Durant | § | Concurring and Dissenting Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Jerry Durant shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
     Justice Bonnie Sudderth